UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 19-10332-RWZ |
| v. | ) | |
| | ) | |
| DAVID HEBERT, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT MOTION TO CONTINUE SENTENCING

By and through the undersigned Assistant U.S. Attorney and defense counsel, the parties jointly move to continue the sentencing of this matter, which is currently scheduled for December 12, 2019, until a date in March or April 2020 that is convenient for the Court. In support of this motion, the parties state as follows:

- Trial in the matter of *United States v. Correia and Andrade*, 18-10364-DPW, is currently scheduled to begin on February 24, 2020 and will take approximately two weeks. Mr. Hebert is likely to be a witness at that trial.

- If this matter is not continued, the first draft of the Presentence Report, which requires resolution of several complex Guidelines issues, is due this week.

Accordingly, the parties respectfully request that the Court grant this motion and continue defendant's sentencing until a date in March or April 2020 that is convenient for the Court.

Respectfully submitted,

DAVID HEBERT                                    ANDREW E. LELLING
Defendant                                       United States Attorney

By:  */s/ Brad Bailey, Esq.*        By:  */s/ Zachary R. Hafer*
     BRAD BAILEY                          ZACHARY R. HAFER
                                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                                */s/ Zachary R. Hafer*
                                                Zachary R. Hafer
                                                Assistant U.S. Attorney

Date:   November 6, 2019